

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,220-01

**EX PARTE GREGORY SCOTT SCHEIRMAN, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-08-301389 COUNT 11
### IN THE 147TH DISTRICT COURT FROM TRAVIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of indecency with a child. He was sentenced, pursuant to that plea agreement, to seven years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because he relied on trial counsel's bad advice regarding parole eligibility. Trial counsel filed an affidavit with the trial court. Based on that affidavit, the trial court determined that counsel gave Applicant erroneous advice regarding parole

eligibility and Applicant relied on that advice when pleading guilty. The trial court determined that Applicant's plea was involuntary due to the reliance on that bad advice. Applicant is entitled to relief. *Strickland v. Washington*, 466 U.S. 668 (1984); *Ex parte Patterson*, 993 S.W.2d 114, 115 (Tex. Crim. App. 1999); *Ex parte Moussazadeh*, 361 S.W.3d 684, 690 (Tex. Crim. App. 2012).

Relief is granted. The judgment in Cause No. D-1-DC-08-301389 in the 147th District Court of Travis County is set aside, and Applicant is remanded to the custody of the Sheriff of Travis County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 7, 2014
Do not publish